| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 12 | KASHIF SHAIKH, and<br>QURRAT-UL-AIN KASHIF, | ) )<br>) | No. C 08-0345 JF |
| 13 | Plaintiffs, | ) )<br>) | |
| 14 | v. | ) )<br>) | **STIPULATION TO DISMISS; AND**<br>[~~PROPOSED~~] **ORDER** |
| 15 | MICHAEL CHERTOFF, as Secretary of the<br>Department of Homeland Security; | ) )<br>) | |
| 16 | EMILIO GONZALES, Director of U.S.<br>Citizenship and Immigration Services; | ) )<br>) | |
| 17 | DAVID STILL, Field Director of the<br>San Francisco District of U.S. Citizenship and | ) )<br>) | |
| 18 | Immigration Services Center;<br>ROBERT S. MUELLER, Director of | ) )<br>) | |
| 19 | Federal Bureau of Investigation;<br>MICHAEL MUKASEY, Attorney General, | ) )<br>) | |
| 20 | Department of Justice, | ) )<br>) | |
| 21 | Defendants. | ) )<br>) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

///

///

///

Stipulation to Dimiss
C 08-0345 JF                                        1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: April 17, 2008                              Respectfully submitted,

3 |                                                                JOSEPH P. RUSSONIELLO
                                                                   United States Attorney

5 |                                                                _____/s/_____
                                                                   EDWARD A. OLSEN[1]
6 |                                                                Assistant United States Attorney
                                                                   Attorneys for Defendants

9 |                                                                _____/s/_____
    Date: April 17, 2008                              TODD E. GALLINGER
10|                                                                Attorney for Plaintiffs

12|                                    **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

15| Date: 4/21/08                                     _____
                                                                   JEREMY FOGEL
16|                                                                United States District Judge

---

27| [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

28|

Stipulation to Dimiss
C 08-0345 JF                                        2